# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**GLEN THOMAS DOTSON**  **PETITIONER**
Reg #33121-044

v.  No. 2:22-cv-198-DPM

**JOHN P. YATES, Warden,**
**FCI Forrest City**  **RESPONDENT**

## ORDER

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Dotson's § 2241 petition, *Doc. 1 & 2*, will be dismissed without prejudice. The Court denies a certificate of appealability. 28 U.S.C. § 2253; *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2023