IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GLEN THOMAS DOTSON
Reg #33121-044
PETITIONER

v. No. 2:22-cv-198-DPM

JOHN P. YATES, Warden,
FCI Forrest City
RESPONDENT

## JUDGMENT

Dotson's § 2241 petition is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 August 2023